NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MICHAEL E. YOUNG,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5112

---

Appeal from the United States Court of Federal Claims in case no. 11-CV-231, Judge George W. Miller.

---

## ON MOTION

---

## ORDER

Michael E. Young moves for leave to proceed in forma pauperis. Young also moves without opposition for a 35-day extension of time, until August 31, 2012, to file his informal brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motions are granted.

FOR THE COURT

AUG 16 2012
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Michael E. Young
     Austin Fulk, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 16 2012

JAN HORBALY
CLERK